IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| v. | : | NO. 24-cv-05916-KNS |
| INDEPENDENCE BLUE CROSS | : | |

# CONFERENCE ORDER

A settlement conference will be held on **October 15, 2026** at **10:00 a.m. via ZOOM** before the Honorable Katayoun M. Copeland, United States Magistrate Judge. The ZOOM link was sent to the parties via email.

- Please notify the Court if settlement is not a real possibility.
- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]
- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.
- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

On or before **October 8, 2026,** please complete the attached Settlement Conference Summary and Case Synopsis (no longer than 5 pages) and email it to my chambers at Chambers_of_Magistrate_Judge_Katayoun_Copeland@paed.uscourts.gov. Counsel **MUST** exchange their summaries. If the demand and offer change after the Settlement Conference Summary and Case Synopsis are submitted, counsel are to immediately notify chambers.

BY THE COURT:

*/s/ Katayoun M. Copeland*
KATAYOUN M. COPELAND
UNITED STATES MAGISTRATE JUDGE

Date: August 27, 2026

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** ____________________________________________

**DISTRICT COURT JUDGE:** _________________________

**TRIAL POOL DATE:** ___________________ JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

Name: ____________________________________________

Address: ____________________________________________

Phone: ____________________________________________

Client: ____________________________________________

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):

____________________________________________

**MOTIONS PENDING:**

____________________________________________

____________________________________________

____________________________________________

**OTHER RELEVANT MATTERS:**

____________________________________________

____________________________________________

____________________________________________

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**

____________________________________________

____________________________________________

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **<u>IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.</u>**)